**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COLIN OLIVE,<br>　　　　　　**Plaintiff,** | CIVIL ACTION |
| **v.** | |
| JOHN WHELAN et al.,<br>　　　　　　**Defendants.** | NO.  25-CV-5278 |

**O R D E R**

**AND NOW**, this 24th  day of April, 2026,

**WHEREAS** this Court's Policies & Procedures require a response within twenty-one (21) days of a Motion to Dismiss' filing.

**WHEREAS** Defendant Board of Governors of the Federal Reserve System filed a Motion to Dismiss on September 22, 2025 (ECF No. 7);

**WHEREAS** Plaintiff Colin Olive did not file a Response or request an extension by the October 13, 2025, deadline.

**WHEREAS** Defendant John Whelan filed a Motion to Dismiss on September 30, 2025 (ECF No. 9);

**WHEREAS** Plaintiff did not file a Response or request an extension by the October 21, 2025, deadline.

**WHEREAS** Defendants Jerry Schiano, Baron Silverstein, and Bruce J. Williams filed a Motion to Dismiss on November 3, 2025 (ECF No. 13);

**WHEREAS** Plaintiff did not file a Response or request an extension by the November 24, 2025, deadline;

**WHEREAS** on December 4, 2025, Plaintiff was granted a fourteen (14) day extension (ECF No. 14) to file his Responses.  This extended his filing deadline to December 18, 2025;

**WHEREAS** Plaintiff was warned that "[f]ailure to file a Response by that date risks dismissal of this case[;]"

**WHEREAS** Plaintiff did not file a Response or request an extension by the December 18, 2025, deadline;

**WHEREAS** on January 13, 2026, Plaintiff was granted a fourteen (14) day extension to file his Responses (ECF No. 16).  This extended his filing deadline to January 26, 2026;

**WHEREAS** Plaintiff was warned that "[f]ailure to file a Response by that date shall result in dismissal of this case[;]"

**WHEREAS** Plaintiff has not filed a Response as of April 23, 2026;

Accordingly, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is **DIRECTED** to **TERMINATE THIS MATTER**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**